1    UNITED STATES  DISTRICT COURT

2    Northern District of California

3

4    SCHWAB MONEY MARKET FUND                    No. C 11-04187 MEJ

5              Plaintiff(s),                     **ORDER DIRECTING PLAINTIFFS**
         v.                                      **TO FILE CONSENT/DECLINATION**
6                                                **FORM**
     BANK OF AMERICA
7
              Defendant(s).
8    _____/

9         Pending before the Court are Plaintiffs' motions to relate the above-captioned case to two

10   later-filed cases.  Upon review of the record in this action, the Court notes that Plaintiffs have not

11   filed a written consent to magistrate judge jurisdiction jurisdiction.  This civil case was randomly

12   assigned to the undersigned magistrate judge for all purposes including trial.  In accordance with 28

13   U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all

14   proceedings in a civil case, including trial and entry of final judgment, upon the consent of the

15   parties.  An appeal from a judgment entered by a magistrate judge may be taken directly to the

16   United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other

17   judgment of a district court.

18        You have the right to have your case assigned to a United States District Judge for trial and

19   disposition.  Accordingly, Plaintiffs shall inform the Court whether they consent to magistrate judge

20   jurisdiction or requests reassignment to a United States District Judge for trial.  A copy of both the

21   consent and declination forms may be obtained from the Northern District of California's website at

22   http://www.cand.uscourts.gov/.  From the homepage, choose "Forms" and then "Civil Forms."  The

23   consent/declination form shall be filed by September 13, 2011.

24        **IT IS SO ORDERED.**

25

26   Dated: September 6, 2011

27                                               _____
                                                 Maria-Elena James
28                                               Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California