UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Libor-Based Financial Instruments Antitrust Litigation<br><br>THIS RELATES TO ALL CLASS ACTION CASES | No. 1:11-md-02262-NRB |

**DECLARATION OF JOHN D. RADICE IN SUPPORT OF
MAJORITY PLAINTIFFS' MEMORANDUM OF LAW IN RESPONSE TO
THE COURT'S OCTOBER 18, 2011 ORDER AND IN SUPPORT OF
<u>APPOINTMENT OF PROPOSED INTERIM OTC CLASS COUNSEL</u>**

JOHN D. RADICE declares under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an attorney of Grant & Eisenhofer P.A., counsel for Ravan Investments, LLC in this action. I make this Declaration in support of Majority Plaintiffs' Memorandum of Law in Response to the Court's October 18, 2011 Order and in Support of Appointment of Proposed Interim OTC Class Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the City of Baltimore, Maryland, Comprehensive Annual Financial Report Year Ended June 30, 2009.

Done at New York, New York this 28th day of October, 2011.

                 <u>/s/ John D. Radice</u>
                   John D. Radice

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 28, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 28, 2011.

              s/ SAMUEL H. RUDMAN
              SAMUEL H. RUDMAN

              ROBBINS GELLER RUDMAN
                & DOWD LLP
              58 South Service Road, Suite 200
              Melville, NY  11747
              Telephone:  631/367-7100
              631/367-1173 (fax)

              E-mail:  SRudman@rgrdlaw.com

# Mailing Information for a Case 1:11-md-02262-NRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mark Jacob Altschul**
  maltschul@mwe.com

- **Juan Alberto Arteaga**
  jarteaga@stblaw.com

- **Steve W. Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Vincent Briganti**
  vbriganti@lowey.com

- **Ralph Johnson Bunche , III**
  rbunche@hausfeldllp.com,asandberg@hausfeldllp.com

- **Arthur J. Burke**
  arthur.burke@dpw.com

- **Gregory Thomas Casamento**
  gcasamento@lockelord.com,chicagodocket@lockelord.com

- **Roger Brian Cowie**
  rcowie@lockelord.com

- **Edwin R Deyoung**
  edeyoung@lockelord.com,rcowie@lockelord.com

- **Jay W. Eisenhofer**
  jeisenhofer@gelaw.com,cnevers@gelaw.com,mwinchell@gelaw.com

- **Eric B. Fastiff**
  efastiff@lchb.com

- **Steven E. Fineman**
  sfineman@lchb.com

- **Brendan Patrick Glackin**
  bglackin@lchb.com

- **Brendan Patrick Glaskin**
  bglackin@lchb.com

- **Richard M. Heimann**
  rheimann@lchb.com

- **Geoffrey Milbank Horn**
  ghorn@lowey.com

- **Daniel Hume**
  dhume@kmllp.com,obraun@kmllp.com,rsong@kmllp.com,dkovel@kmllp.com,wkarnadi@kmllp.com,btse@kmllp.com

- **Steve R. Jakubowski**
  sjakubowski@colemanlawfirm.com

- **Dana Ashley Jupiter**

djupiter@stblaw.com

- **Andrew Scirica Kingsdale**
  akingsdale@lchb.com,aruiz@lchb.com,btroxel@lchb.com

- **Roger W Kirby**
  roger.w.kirby@gmail.com,wkardina@kmllp.com,lmorris@kmllp.com,rsong@kmllp.com

- **Patrick Anthony Klingman**
  pklingman@sfmslaw.com

- **David E Kovel**
  dkovel@kmllp.com,lmorris@kmllp.com

- **Kevin Bruce Love**
  klove@cridenlove.com

- **Michael Joseph Miarmi**
  mmiarmi@lchb.com

- **David W. Mitchell**
  davidm@csgrr.com

- **Sean Miles Murphy**
  smurphy@milbank.com,jalfano@milbank.com

- **Linda P. Nussbaum**
  lnussbaum@gelaw.com,rfinnimore@gelaw.com,sschwaiger@gelaw.com,jradice@gelaw.com

- **Lucas F. Olts**
  lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Surya Palaniappan**
  spalaniappan@kmllp.com

- **Thomas Andrew Paskowitz**
  tpaskowitz@sidley.com,nyefiling@sidley.com

- **Thomas C. Rice**
  trice@stblaw.com,managingclerk@stblaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Joseph Richard Saveri**
  jsaveri@lchb.com,dclevenger@lchb.com

- **Andrew W. Stern**
  astern@sidley.com,nyefiling@sidley.com

- **Arun Srinivas Subramanian**
  asubramanian@susmangodfrey.com,rleone@susmangodfrey.com,rajiashvili@susmangodfrey.com

- **Peter Sullivan**
  psullivan@gibsondunn.com,aarias@gibsondunn.com

- **Thomas V. Urmy**
  turmy@shulaw.com,lwolahan@shulaw.com,kkeen@shulaw.com,dwoulfe@shulaw.com

- **Robert Frank Wise , Jr**
  rwise@dpw.com,ecf.ct.papers@dpw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
George E. Barrett
```
Barrette, Johnsn & Parsley
217 2nd Ave N
Nashville, TN 37201

```
Karl Phillip Barth
```
Hagens, Berman L.L.P.
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

```
Douglas Mason Chalmers
```
Douglas M. Chalmers P.C.
77 W. Wacker
Suite 4800
Chicago, IL 60601

```
Robert F. Coleman
```
Coleman Law Firm
77 West Wacker Drive
Suite 4800
Chicago, IL 60601

```
Michael E. Criden
```
Hanzman, Criden, Korge, Chaykin, Ponce & Heise, P.A.
200 South Biscayne Boulevard
Suite 2100
Miami, FL 33131

```
Matthew Charles Crowl
```
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606

```
Elizabeth A. Fegan
```
Hagens Berman Sobol Shapiro LLP
1144 W. Lake St.,
#400
Oak Park, IL 60301-1043

```
Lowell Harry Haky
```
Charles Schwab and Co., Inc.
Office of Corporate Counsel
211 Main Street
SF211MN-6-455
San Francisco, CA 94105

```
Lowell Harry Haky
```
Charles Schwab and Co., Inc.
Office of Corporate Counsel
211 Main Street
SF211MN-6-455
San Francisco, CA 94105

```
Lawrence H. Heftman
```
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

```
Christian T. Kemnitz
```
Katten Muchin Rosenman LLP (Chicago)

```
525 West Monroe Street
Chicago, IL 60661
```

**David Marx**
```
McDermott, Will & Emery LLP (Chicago)
227 West Monroe Street
#4400
Chicago, IL 60606-5096
```

**Timothy L. Miles**
```
Barrett, Johnston & Parsley
217 2nd Ave N
Nashville, TN 37201
```

**William J. Nissen**
```
Sidley Austin, LLP (Chicago)
One South Dearborn
Chicago, IL 60603
```

**Brian J. Poronsky**
```
Katten Muchin Rosenman  LLP
525 West Monroe Street
Chicago, Il 60661
```

**John D. Radice**
```
Grant & Eisenhofer, PA
485 Lexington Avenue
29th Floor
New York, NY 10017
```